This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CYNTHIA CORREA,**

Plaintiff-Appellee,

**v.** NO. 29,980

**MICHAEL SANDERS and**
**SHELLY SANDERS,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**James T. Martin, District Judge**

Cynthia Correa
Stockton, CA

Pro Se Appellee

Holt Babington Mynatt, P.C.
Damian L. Martinez
John Michael Hughson
Las Cruces, NM

for Appellants

## MEMORANDUM OPINION

**FRY, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**CELIA FOY CASTILLO, Judge**

_____

**MICHAEL E. VIGIL, Judge**